**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Antwan Devon JOHNSON, Defendant—
Appellant.**

No. 12–6474.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 22, 2012.

Decided: Aug. 24, 2012.

Antwan Devon Johnson, Appellant Pro Se. William Norman Nettles, United States Attorney, Columbia, South Carolina, for Appellee.

Before WILKINSON, GREGORY, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antwan Devon Johnson appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Johnson,* No. 4:05–cr–00910–TLW–1 (D.S.C. Feb. 22, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*